IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-116-D(4)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| BRYANT DOUGLASS CARR, | ) | |

THIS MATTER is before the Court on defendant's Motion to Continue Sentencing Hearing under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERD, This the __5__ day of October, 2017.

JAMES C. DEVER III
Chief United States District Judge