UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bryant Douglas Carr**  Docket No. 7:16-CR-116-4D

### Petition for Action on Supervised Release

COMES NOW Corey A. Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bryant Douglas Carr, who, upon an earlier plea of guilty to 21 U.S.C. §§ and 841(b)(1)(C), Conspiracy to Distribute and Possess with the Intent to Distribute a Quantity of Cocaine Base and a Quantity of Marijuana, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on November 29, 2017, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is scheduled to be released from the Bureau of Prisons on September 14, 2018. Due to Hurricane Florence, the defendant has been relocated from the residential reentry center (RRC) in Wilmington, North Carolina, to a RRC in Greenville, South Carolina, for safety reasons. Due to the weather conditions, there is no public or private transportation if the defendant is released as scheduled. To assist the defendant, we are requesting the court to modify the conditions of supervision to allow the defendant to reside at the RRC until safe transportation can be arranged.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall reside in an emergency housing facility designated by the probation officer for a period of 7 days, or until the probation officer approves an alternative residence. The emergency housing may be provided through a halfway house, if available, or through lodging arranged by the probation office if necessary.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Corey A. Rich
Corey A. Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: September 12, 2018

Bryant Douglas Carr
Docket No. 7:16-CR-116-4D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __September__, 2018, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
Chief U.S. District Judge