UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bryant Douglas Carr                                    Docket No. 7:16-CR-116-4D

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bryant Douglas Carr, who, upon an earlier plea of guilty to 21 U.S.C. §846, 21 U.S.C. §841(b)(1)(C), Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Cocaine Base and a Quantity of Marijuana, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 29, 2017, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Bryant Douglas Carr was released from custody on September 14, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 5, 2018, the defendant submitted a urinalysis that tested positive for cocaine. When confronted, he admitted to using the illegal drug. The defendant was remorseful for his actions and advised it would not occur again. He was verbally reprimanded. The defendant is currently in treatment and is enrolled in the Surprise Urinalysis Program. His testing frequency has been increased.

It was originally ordered that the defendant be subject to the DROPS program as a condition of supervision. Due to the lack of available nearby facilities for the defendant to complete this sanction, and his lack of reliable transportation, it poses an undue burden on the defendant. Therefore, it is respectfully requested that the DROPS sanction be stricken from the conditions of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The DROPS Sanction is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: November 19, 2018 |

Bryant Douglas Carr
Docket No. 7:16-CR-116-4D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge